JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
JANET L. GRUMER (State Bar No. 232723)
 janetgrumer@dwt.com
HELEN E. OVSEPYAN (State Bar No. 248134)
 helenovsepyan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS and
JAEMIN YANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA SANTANA, an individual, | CASE NO. CV 11-3222-AHM (CWx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION** |
| KAISER FOUNDATION HOSPITALS, a California Corporation; JAMIN YANG, an individual; and DOES 1 through 100, inclusive, | **[FED. R. CIV. P 41(A)(1)(A)(II)]** Assigned to the Hon. A. Howard Matz |
| Defendants. | Action Filed: February 18, 2011 |

ORDER DISMISSING ACTION
DWT 17336993v1 0086386-000037

Pursuant to the Joint Stipulation for Dismissal of Action by and between plaintiff Victoria Santana ("Plaintiff"), on the one hand, and defendants Kaiser Foundation Hospitals and Jaemin Yang ("Defendants"), on the other hand, the Court hereby ORDERS as follows:

1. All of Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE; and
2. Each party shall bear its own costs and attorneys fees.

DATED: June 27, 2011

_____
A. HOWARD MATZ
Judge of the United States District Court
Central District of California

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899